UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Candace Darnley v. Bayer Corporation, et al.*   No. 12-cv-10044-DRH

*Sharon Moray v. Bayer Corporation, et al.*   No. 11-cv-11520-DRH

*Jamie Ribby v. Bayer Corporation, et al.*   No. 11-cv-12955-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 14, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         Deputy Clerk

Digitally signed by
David R. Herndon
Date: 2015.04.14
15:55:29 -05'00'

APPROVED:
   DISTRICT JUDGE
   U. S. DISTRICT COURT